# UNITED STATES DISTRICT COURT
## District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| -v- ) | Cr. 12-492 (KSH) |
| Yong Kim Lee ) | |
| ) | |
| Defendant ) | |
| ) | |

## ORDER TO TRAVEL INTERNATIONALLY

This matter having come before this Court on the application of Thomas F.X. Dunn, Esq., the attorney for Yong Kim Lee, the defendant herein, and with the consent of Assistant United States Attorney Anthony Moscato, that the defendant be given permission of the Court to travel to South Korea to receive follow-up medical treatment concerning her ear and balance problems. Ms. Lee was previously granted permission by the Honorable Michael Shipp to travel to South Korea for surgery.

It is on this 15th day of August, 2012,

ORDERED that Young Kim Lee is permitted to travel to South Korea, leaving New Jersey on August 19, 2012 and returning to New Jersey from South Korea on September 19, 2012. Pretrial Service shall provide Ms. Lee her passport by August 15, 2012. It is further,

ORDERED that upon her return, the defendant shall surrender her passport to Pretrial Service. All other conditions of supervised release remain in full effect.

.

/s/ Katharine S. Hayden
_____
Katharine S. Hayden, U.S.D.J.

Date: August 15, 2012